1

Compliant

Administrative claim

2025 FEB 28 A 10: 08
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI
FILED/REC'D

25-cv-161-wmc

JOSEPH ZLOZA vs many agencies as stated in the complaint, City of New Lisbon WI, and Mauston Wi, City of Beloit Wi, Division of criminal investigation of Wisconsin, State of Wisconsin, Wisconsin State Patrol, City of Holland Michigan, Michigan state police, city of cedar rapids Iowa police department, Utah state police, Millard County Sheriff in delta Utah. United States of America. Juneau County staff, FBI, department of navy, Wabash national, delta fabrication and machine, carl a nelson, the industrial company, (premises liability from TIC , Intermountain power service corporation) blattner energy, (premises liability by Aliant energy) Chicago Bridge and iron, Michigan federal court, bengal crane and rigging, Borton silo or whatever company that guy worked for, pro cdl, st marys hospital and mile bluff emergency, the Zachary group, federal courts of Washington and Utah, court of appeals of the7th circuit, oci nitrogen plant(they changed name) Pfizer, Eli Lilly and company, st marys hospital, mile bluff medical, ideal crane rental, Inc, progressive, state farm for liability insurance. I must of been severely injured. Reynolds construction and crane industry experts. Staff to party of crimes of torture, harassment, old spice and Hanes, City of Necedah Wi, synergy labor solutions(unknown in green bay for premises liability., US department of justice, olr of Wisconsin, google, Madison federal court, eeoc

Torture, war crimes,1983 claims act, constitutional rights, bill of rights, harassment, all types of Wisconsin, US laws violated, group home negalance, malicious prosecution, False claims act, FTCA, abuse of power, bivens act, tvpa, deprivation of the civil rights of the color of law, FBI Code of conduct, UscTitle 42, Usc section 14141, 18 Usc 242, 18USC 2340A, IHL, IHRL, atca, universal declaration of human rights, 1966 international covenant on civil and political rights, cruel and unusual, discrimination due to disability, excessive force, discriminatory harassment, sexual harassment, wrongful misconduct of federal judges from state of Wisconsin. Wisconsin statue 100.264. As evidence permits they where calling me a vegetable, being too biased, Title VII of the Civil Rights Act of 1964. 1st ammendment free speech and 2nd and 4th ammendment unreasonable search and seizure and the 8th ammendment cruel and unusual. 14th ammendment or 5th ammendment , failure to protect and failure to properly train these guys, failure to investigate, medical malpractice and premises liability, vindictive prosecution, supervisor misconduct, prosecution misconduct, and judicial misconduct, judicial perjury from federal judges, wrongful imprisonment and intimidation and unlawful arrest and strip searches, slander, defamation, 18 U.S.C 241, 42 us code 3617, party to a crime.

I suffered ptsd, emotional, physical, mental, severe brain damage, many other injuries.

Maybe I was cursed, or maybe it was the vaccines, or possibly untreated adhd due to a lot of sugar. I remember Mrs York failing me in 1st grade due to not being able to read. I remember doing some bloody Mary thing in a mirror, with the lights off where I choked on a baby crab apple, liked the feeling. I was wrongful imprisonment for 13 years too for elementary school, middle school and high school. I think I was googling, ways to die, or like the hardest test in the new Lisbon school, said something about beating death. Must have

2

had something to do while being incarnated, they say 30% of people commit suicide while being in jail or school. I was in a terrible bike accident, at like the age of 9 or 10, 4th grade. I landed on my head without a helmet. Where the hospitals were negligent didn't provide medication or vitamins. At the mile bluff clinic. Then I ran away from home, where an officer named Kevin W from new Lisbon punished me for not going on a field trip, (child abuse). Where some vinz bus driver murdered my dog, 200 lb great white pareianese, I remember Brent granger raping me at the age of 12 with a 10 year old little boy named Austin scott granger in his home, he lived a block away from the school and block away from the park. I think it was in a brick house or by it The child molestation was eating granger up. For what he did. I remember his bald face sucking me off in the park. Unless it was from the torture and meth medication, Chantix with them harassing/torturing me at the age of 19. Or maybe austin granger approached , saying his dad was chief of police and his dad was beating his ass, I was saying something about us having sex with his father. I Remember having an mri done at the clinic in Mauston I was 14 years old, where Brent was sucking me off in that badgers trailer park, it was the first time I ejaculated and it hurt like hell. I remember being a kid and like choking my self in the bathroom with like a sweater and the metal pole in the bathroom. I remember some adult with black hair, saying what the fuck are you doing. I think I seen other kids doing it also. I had a stroke in 8th or 9th grade in a class called business management, I believe I was in a brain locked coma. I remember also like walking outside without shoes, where my foot got cut up bad and I had to go to the emergency room. Remembered they just super glued it. There a teacher named Mrs. Davis gave me an f for typing a few words, I remember standing up, then she told me to sit down, Where half of my right body was tingling, then I also remember teasing a girl since of her big nose, named kadee. Where I was punished. By Mrs rood or Meyer or Mrs Jackson. Or some choir/band teacher, I think they punished me again. Had to be unconscious or severally ill. I also remember some jeff wilson baby sitter assaulted my sister named angela. Where he bashed her head on the table. Keep in mind the monsters from the Juneau county courthouse, taking advantage of my severally injured sister. I just don't understand how someone who is injured to be held liable. I remember some Santa clause in the new Lisbon fire department had a 4 inch stiffy. Felt it. I remember someone telling me to break my arm on the school property, where I said no, think it was Bradley solinski. In 9th grade I remember some science class, think his name was Mr. Faber, but I remember like driving staples in my right arm. I remember failing that class. I remember my evil sisters where kicking me in the nuts. I had shingles, also smoking tar off the roads. I remember shooting my brother with a nail gun on Thanksgiving, on like 11th grade year, senior year I remember some drunk guy named randy told me to cut his hair bald in that half house, Where the next day he pointed a loaded gun at me. Then I stole like 2900 dollars from Janet sometime, then losing it. I remember Adele Hansen kicked me in the spanish class. I remember hitting my head on a diving board also. At the new Lisbon pool trying to do a flip, senior year. In 2013, a teacher named Mrs McCann or study skills teacher also robbed a bag of popcorn from me. I remember cooking it in the microwave and she exorted it. Think someone conned me, took advantage of me by stating tons of cash on her table, nobody home, I broke into an old ladies house named rose, I remember like Juneau county sheriffs digging in my protein powder to find the rings. where they forced me to do stuff. Like cut grass, attend church. Taking advantage of a unconscious person, against the law, I remember doing tons on intensive illegal child labor, for Janet Stevenson like age 14-19, at n1804 hwy j Lyndon station, WI. This was in 2013, clearing weeds,, staining and pretty much felt like a slave.. where I turned her in to the Fbi or the city of new Lisbon, believe for making me do all that labor.. like serving them drinks,, doing all the dishes,, sweeping,, mopping, organizing her house. , rubbing her feet, felt like I was a slave, doing labor for 16 hours a day, also raising pigs, where it messed my left toe up, cleaning pissy beds. I believe I turned her in since I hit my head on the diving board or maybe landed in the water and it hurt like hell. Possibly with like the angle of hitting the water. I remember pain like at the back of my head from it. Someone messaged me on Facebook not to eat the cucumbers, some walker guy, since they were poisoned with

3

something I believe, I remember they were calling me a vegetable and doing something the easy or hard way. They said I could die, I had major brain damage. Where I was poisoned in a state group home by Janet Stevenson or Jim lemmer jr or maybe Fbi or the city police. Jim lemmer jr didn't have any cucumbers, Janet put one in her mouth and spit it out.. and I had a lot, I remember it had a strong chemical taste, then afterwards I went to the spare room and everything was flashing or blurry. Like a heart attack or cardiac arrest, kind like drugged. Its weird that Jim Jr refused to eat any or let it touch his plate. Big Jim had tons, I remember him holding it to his mouth and scarring it down. Must of got us all higher then who knows what.. Jim lemmer jr, He never refused to eat anything ., where they made me leave to kill him, some guy in a red white and blue track suit or maybe it was green and yellow, I think I asked why. They said because he stunk. Then I think I came back like a week later and he was dead, in a ern. Her ex husband . I recall her or someone telling me that she or he poisoned me. Something with cucumbers, I remember Jim Jr was saying you're next, Where I went nuts. Stole something in a morphine bottle, had the same smell of what was in the cucumbers, gave it to someone trying to get her caught. I remember stating I didn't know what it was, in a morphine bottle. I don't even know who I gave it to. I believe I took the paper/label off the bottle. It said Ronald Stevenson/morphine(they must of lied to the police and said I sold it, defamation of character), or he was saying something that happened in that group home. Some cop. I think I contacted the fbi and new Lisbon police multiple times via email maybe with Janet's email. Why they thought she was the victim. Maybe it didn't make sense.. why they tortured me.. Someone asked me if I tried it. So don't know if they could smell something on my breath. Where I said no. I was gonna shoot her with a gun that I didn't have.. I believe I goggled how to catch a murder, jacked off to porno also, someone told me FBI was watching me, got a message via Facebook, some walker guy I think didn't know what was going on... (Confused from the poison) cry for help. I remember she or fbi put a gun in its spot after I stole it. March or April of 2013, The pastor guy looked like a green alien. I was knocked out in a Baptist church, or blacked out. Then some carrot top guy smashed my head in with a frozen ice bottle in the new Lisbon high school men's bathroom, think I did self defense, then I was in an accident with a green van I believe in Mauston, WI in 2013. I remember seeing red. Don't even know with whom, as I was unconscious. Where the department gave me a disordly conduct. Wisconsin state patrol, forced me to go to emergency room. Where they took my temp/heartbeat. I got like a 1000 bill, I remember smoking cigarettes and chewing tobacco 2012-2016, I think I got on a medication called Chantix, where on day 5-7 I chugged a half bottle of spirtcus. Its must have been when the medication got stronger.. Where I think I touched a girl on the bus, while being unconscious from spirtcus and pharmaceutical meth. Title18, U.s.c section 247 , where some New Lisbon police Department officer, Brent granger or Jon beeken got me high on something, like herion/molly I think. I thought it was Marijuana. Placed the drugs on me. Raped me with oral sex.behind a catholic church in new Lisbon Wisconsin with a 7ich penis, it got bigger at the end and then got skinnier at the base. Think he put a condom on and was gonna try fucking my ass but didn't. I remember he was saying this is wrong. Gave me child molestation charges, or it was some police officer or bald guy I remember granger was playing with the drugs in my wallet, and gave the drugs back. Tampering with evidence, this defamation of my civil rights of the color of law. Obstruction of justice, I Rember granger was saying "you molested me" in a goofy way. I remember telling the special prosecutor to look at the cameras to see who got me high, as im not gay, a victimn to a crime. I was unconscious. I remember some guys doing a burnout on my front patio of my parents house.. in a black truck/suv. Then Austin granger messaged me on Facebook saying it was a joke or something. Or I was sucking the officer off.. Raped. Or he said it was his dad. Or something like were you trying to get my dad in trouble. I remember telling him about us having sex with his father. Some special prosecutor, hideous creature, he/she looking thing at the Juneau County courthouse abused power she/he gave me 2 years of probation, someone that went by the name of Cheryl balberts, she like assaulted me with her breath of straight ass. I also remember

4

she gave me a ride to the social security office in like a silver dodge caliber car I think I told her that she molested me or something, Hence it was unlawfully poisoned me, raped me, they were torturing me by saying the little boy, in a coma type, unconscious, violates constitutional laws, US Laws, Group of people. It must have been some government miltary recruitment process, she was saying something about the service also. They made do hours of community service. I died on a side road on 12/16 before entering New Lisbon from Mauston, On senior skip day. Where everything was flashing and went black. Like all the scenes from my head, where I died, I recall getting up and calling 911 afterwards, stating I didn't know where I was or who I was. Threw me out of a moving truck. I remember seeing a white truck with stripe decals on the side leaving the scene, must of killed me. It was 2 people. Where I think I broke into a house/stole guns. Then some guy in a red car. We went to Wisconsin rapids. Got into an accident. I recall shooting lights. Then he shot a red van. Then after he intentionally got into an accident, I dumped the weapons. Cut my finger bad at Paul Bunyan, their was like a brawd dude or she threatened to take my dads restaurant away. Or maybe I was dehydrated and she gave me a soda. When I worked at Wendy's. Where office undercover police got me high in the freezer, where I burned myself with hot cheese maybe days later. Their was another rapist named Steven tucki or something. Got me high then he molested me while being deadish or unconscious or a coma type. Then in like 2014-2018 I was working at Wabash national where they poisoned me with all these chemicals, in confined space, barkepper, paint thinner, trapper. Breathing in all these dusts, smashing my head on the wash systems 100s of times. I also remember like a green 300 belt snapping and leaving a nasty mark, welt on my arm. Their was some gerald guy also throwing a ladder in front of me. I remember some officer pulled me over and abused power by giving me a warning ticket for car scent thing hanging in the middle mirror in Necedah, wi. Some Damion guy said the supervisor was staring at me (sexual harassment) eye molested me in the working place. Or maybe it was Shawnee M. I Got speeding tickets, where they took my license. Still drove, switch plates in my parents name. I was always yelling at them on the phone. Must of emotional traumatized them. Causing fear or something. Maybe they didn't know that I was driving it, or lost my license, With guns being pointed at me, caused me to do stuff. Where I think I robbed the vending machine at Wabash national. Chance Shaffer guy crashed my white Cadillac, then in a snowmobile accident, gray/blueish stuff on a road like 10×10. I remember buying it from jon beeken, it lost its brakes, it speed up on its own, then hit that patch of stuff, then rolled it. Like it was a remote controlled or something, some undercover cop named jade(pilaf cop I believe)with the fake age lie shit/accident. Their was a blonde female unknown, saying something about if you get him in trouble, "I will kill you" probably that granger cop. At like during wadashuda in new lisbon wi, don't know the year. Where it was an intentional attempted civil rights violation by the Juneau county courthouse and police. Where jon beenken got me high on ¼ ounce of shrooms, showed me a video of a guy blowing his brains( attempted brainwashing suicide killing me). I believe he raped my ass. Where I went to school for heavy equipment. Where I recall some Chinese guy stating he was fbi at the alter metal. Didn't know what was happening. Then at e80 plus. They smeared black shit poison on me. Also a old man dumped rocks on the excavator, I remember telling him he had a flat tire. Some guy also told me to work threw the hot rail. Some guy also hit my car while backing up with a truck. Where some guy slammed the door open and shut down the machine. I was working at gopher resources for the union for like a week in Minnesota, potentially lead poisoned also. While working at b&b metals , Eric guy sexually harassed me asked me if I was gay. I shock my head no and then he stated that I had nice lips, I recall he had some hernia surgery done. So don't know if he was loopy from medication. Some guy pushed me also. Think his name was nick, He was like the shear operator, drove a tan chevy truck. Maybe a 2007 or 2010. Then while in woodland Washington while attending west coast training, some Brandon guy spit on me. On 05-06 of the year 2020, Remember some jon settles guy calling me names, like pony boy, felt he was trying to rape me or he was saying who helped me or something. Guy grabbed my left leg at delta fabrication and machine. I remember

5

the company robbing me,, lying about the pay. I remember some Indiana state patrol trooper was watching me.. company called sleep inn in Owensboro Kentucky robbed 500 dollars from me.. working for carl a nelson in Indiana some guy rigger named Avery was harrassing me/threatening me to join the military, I remember saying stop, I don't know if he heard me. I always have to yell with ear plugs and loud diesel motors, maybe he was saying I had to as punishment, I had to scream to get it to stop. Some Amish lady also robbed my security deposit in Indiana, she drove a white Cadillac suv type. Had other complaints of theft when googling her name.. in Beloit WI on 08/2021-09/2021 I was molested, slapped, punched by an Forman name Jim/tim. Drove a silver gmc Denali pick up truck, older guy with white short hair.. Where when I confronted him to keep his hands to his self. He stormed off the job. Where he threatened me with a 45 gun the next day.. Where some Bob the supervisor guy pushed him after the threat. I contacted the Beloit city police department, think like 6 months- 1 year later after the incident but some female threatened me,, by stating do I want to sit over this.. Then I must of relieved a threat from dnr while growing 8 ish plants of Marijuana. He said something about not getting away with it.. I remember burying the weed. Then I remembered while working at Chicago Bridge and iron, in Holland Michigan, 11/1/2021. Where welder Nate, supervisor named Dan. They were sexually harassing me by saying, my big arms, while eating a banana, etc. Dan gave me hand signals to sit on his lap. Told him that he sexually harassed me. He asked if I liked it. Said I will when I sue in court . Where west guy pulled a knife out. He' said he was an agent. Most likely from Chicago. I remember filling a complaint and the federal judge from Michigan stated he was a fbi supervisor who cant be sued. Us magistrate judge sally j barnes, was saying they cant be sued, judicial misconduct or judicial perjury. But under bivens and it violates their code of conduct and falls under ftca accordance to google. I recall stating to shut the fuck up countless times, even said it In front of a manager or higher up named steve. I remember contacting the Holland, Michigan city police multiple times via email.. sergeant named jon. January 2023, Company named TIC in delta Utah, some guy named nathan miller slapped me in the back. Where someone said something, supervisor or Forman in a white company truck, bald, white man, sexually harassed me by saying something about me giving Justin head, where some higher up guy said their will be none of that, black man. I contacted the Utah police via email and city of delta Utah, I recall contacting department of justice many times. About the crimes of brent granger They where saying color of law, which mean police and fbi, explains the unlawful abuse from the fbi and police against me. Where brent granger was harrassing me, sent me a friend request with a baby as a background pic. Then removed the friend request, while working for a company called synergy labor for Borton silo in green bay WI, think it was the union pump operator, sexually harassed me by stating to let me use my crotch as a pillow. Some guy in a green jacket, had a sticker on his hard hat stating to stick it in his bum. Then I remember telling the supervisor about the illegal lifts, shuting the lmi off where I was fired, I didn't realize until 2nd day. Different operator was operating, then switched half way threw the shift. Then some Aaron Lemay sexually harassed me while in my home. By stating that I I was beautiful while wearing a hat. Where I told him to shut the fuck up. Where before he threatened to put me into cuffs and fuck me. Beats children/yells at them. The Juneau county picked him up/arrested. In fact they say cops abuse their wives and kids. But after he got arrested he threatened avalia stankek or jasper Zloza that he was gonna throw them while my sister was breastfeeding. I filed so many complaints with federal,, local police but they were all negelent. I awoke where everything was flashing in my head. Kind of like regaining my consciousness. 3/21/23. Maybe it was from the brain vitamins, I ate a Jamaican flower that was supposed to make bugs leave, referred as the duck flower, I was cleaning maggots, bugs of me, lady bugs. I discovered all of this on 5/20/23. I recall federal judges, from Wisconsin, stating that I can't sue, lying, etc. Some James Peterson federal judge violated my constitution right, freedom of speech. I don't know if he made a mistake, stated abusive language. I may of mispelled the names maybe. Females have also gave me hpv, chlamydia. While being unconscious or vegative or dead like. I must of took other beatings, Overdoses, suffered cancers, etc.

6

Some Niles shilts guy sexually harassed me while working at mix tek in necedah, WI  By asking me of I was that way. By pointing 2 fingers together. I received threats via phone call, I think I filled a complaint about informing him and misspelled his name as kylie an brenda, from new Lisbon chief police officer Kyle walker stating that he hopes I die or he was gonna smash my head in the year 2021 or he was saying slander about me selling drugs or something, some also creepy lady staring threw my window, had a picture on my camera, I deleted it. A threat by Gary Pedersen from the Juneau county sheriff threatening me with some law or something. Which violates his code of conduct, I was awaking from vegative, coma, severally injury brain damage. About what happened to me or records to prep for a civil lawsuit. Their might have been other unknown crimes while being intoxicated. Unconscious. Or other threats. I remember some Brandon guy grabbing me by the throat while working at Wabash national. People were hitting the tanks with straps. Loud noises, like those crappy 3m earplugs that you see lawsuits about. I remember making complaints about stuff with the city of Beloit, Holland Michigan and delta Utah, state patrol. Where I suffered 5000 different types of anxiety, emotional, mental, physical, Ptsd. I was also harassed while working at Blatter energy against a Forman named nick weber or undercover cop possibly. He called me Josephine the little weenie. Few times which goes against Blatter energy rules. Form of sexual harassment. I believe their was also harrassing me while attending pro cdl in Milwaukee. Where a black man was saying something about 10 years ago and hit the window. I remember getting out as I didn't feel safe and walking few blocks to my car. I also remember like kyle walker coming to my property saying something about go to the district attorneys office, but I remember having like a ptsd attack. Then I remember calling the mayor named Dennis from the city of mauston and he to file a complaint against Gary Pedersen, saying something about not the right place and then the mayor threatened me with a felony. Then it felt like a robotic dear hit my car and got up and ran away. Then the ammonia from working at McDowell crane and rigging for a company called oci nitrogen plant, two different people hit my car with their doors, felt like I was possibly drugged, smelled like rat poison, after a marine in a beat up dodge drove by. I was trespassing, then a Juneau County sheriff threatened to hit me with his vehicle, ran home in 22 degree weather in shorts, teashirt and socks.. for 8 hours where my feet suffered. I Remember like installing a lock on the inside of my door. Felt like I was dancing with the devil. Like I seen a big red guy with the grim reaper staff/sheathe. Looked like giant spaceships in the sky, like the planet Saturn. giant hand in the sky, eyeballs , I kept hearing sell me your soul. I also had like blood as urine coming out. I don't know if it got into my blood. Effecting my kidneys or brain, big it felt like something went in my ass like he took my soul and put it back. Where some Brian Hawley agent with a disability, was harrassing me. I remember telling him I filed a federal lawsuit, then he tried meeting with me. Which is harrassing. After I told the guy that I'm suing in federal court. Where st marys hospital was pumping me with the wrong medication. I believe I was in the emergency room, hospital from torture, sexual harassment and threats where I couldn't think straight, from ammonia also.. A dr named Dale, Vanderpool. I remember slightly hitting my head before the mri on the wheel chair thing for ivs. I must have had severe side effects from olanzpine, where I received a 10,000 dollar emergency room bill from mile bluff emergency room. Then like a 20k bill from st mays hospital. Then while working at Zachary some Forman named Ricky. Asked me if I was queer and I said no. Possibly attempted sexual assault. While working for crane industry experts for reynolds construction on juneish of 2024, in cedar rapids Iowa. Some Aaron guy sexually harassed me while climbing the lattice, fixing the lap in the wire. Called me beautiful, where I replied shut the fuck up., where crane industry experts robbed a 1000 check, one of owners said via text,(Davis uphoff) the minimum hours paid will be 40 hours. So that's where they robbed me, I deleted the texts, also with 7 days per diem. I think they robbed me since I quit. I remember some other employee getting hit in the head and seeing blood and then the city of cedar rapids, Iowa police department failure to investigate the torture. I remember calling it to the officer in cedar rapids iowa, where the sergeant officer with perjury . I informed the owner of crane industry experts that I'm gonna sue. Then he

7

threatened to sue me. Then while working for bengal crane and rigging setember and octobor of 2024, a guy named kainie was shouting fuck off or you, and gave me the middle finger 2 times. I informed Bengal crane and rigging that I was gonna quit due to the contract change or them making me do labor, where they offered more money an hour and said it was fine for me to operate 100 percent, where they let me go on October 2 of 2024 due to not wanting to particapate in any other tasks other then operating accordance to supervisor James martin. James martin was touching my back, then with the dirty tainted city water of Detroit, Michigan. I remember googling, what's the white stuff coming out of my area. It hurt like hell, pee was normal until the end, it fry's your brain. I believe they poisoned my family's water since. A bottle of bleach was by it. I haven't received my security deposit also back from Jordan A guy. I remember taking olanzpine, where I was deadish in a coma, where 2 corrupt Juneau County sheriff detectives where harrassing me came to my home asking about the child molestation with brent granger and austin granger where I informed them that I've contacted Madison and Milwaukee federal court and court of appeals., the Juneau County sheriff on Facebook said something about property serving the defendants some detective named Adam Morris violated my freedom of speech, deprivation of the civil rights of the color of law,   after texting granger about the insect with his son and I in 2006 and crimes he's committed in 2013. IT WAS A NOTICE OF CLAIM. THE 8th AMMENDMENT. trying to take my freedom of speech 1st ammendment away or unlawful violate me. Violation of the 14th ammendment.  Then I was looking to confront or inform Brent granger about some of my allegations, to see if it was true or not. Sounds like abuse of power, since Adam Morris is friends or lovers with brent granger, Not in like a harrassing way. From the ptsd, emotional damage from the crimes hideous crimes against me. As I just don't understand. Where I was looking for him, from the emotional damage ptsd scaring in my brain. Mentally and physically unaware at the time. Where detective Adam Morris contacted me, to stop contacting brent granger. Violated the 1st ammendment of the constitution, which made matters worst and triggered ptsd. Violated of my civil rights , where I started to drink heavy alchool. Which made matter worst. Then I got a little hostile, with the dismissing of the lawsuits also causing triggers in My brain. Where I kept on contacting him for answers. As I was unconscious, unaware. Where I said "I should murder you but I forgive you, and some name calling which isn't illegal, it's considered bullying, freedom of speech. Unless you're employed and im unemployed, As I wasn't in a government building or anywhere where these rules applied to me. But the key words used here, "I should and I will" has 2 different meanings. "I FORGIVE" ALSO. Which I believe accordance to my opinion, I believe it's a wrongful arrest and wrongful charges, and detective Adam Morris is also referencing in the criminal complaint, murdering Brent granger, as is false allegations, or a form a criminal corruption, perjury or abuse of power, or pervert, falsifying official records. Making me also looking like the bad guy, embarrassing me also. Where I contacted the US department of justice , about the criminal corruption or violation of my free speech. 1st ammendment. Or I messaged the Juneau county Juneau Sherriffs about the alleged criminal corruption about detective Adam Morris, where I believe it's retaliation. Where they put a search warrant for my arrest. Came to my house blabbering about I don't know what. Where I showed him documents about proceedings in the highest court in the United States. Known as the Supreme Court. I've also mailed a complaint to Madison federal court about the violation of my 1st ammendment and sent a document of notice of claim to the Juneau County sheriffs about the 1st ammendment. I was also calling them criminal corruption and confronted him about the retaliation, when arresting me. Where they used excessive force on the hand cuffs. Violation of the constitution, I believe it's the 8th ammendment of the constitution of bill of rights, free from cruel and unusual punishment. Or a 1983.claims act. 1983 claims the government cant punish on freedom of speech. Should be assault or battery. Which left marks on my wrists for 24 hours. I remember saying something about free speech where Adam and his crew said no. While arresting me. Where they where moving me in a transport Sherriffs vehicle with the unknown driver. Speeding going 62 in a 55. Putting my life in danger as this is why laws are created which is cruel and unusual. Where I

8

got in to the jail where it felt like they were molesting me with a pat search and strip search. I didn't think I had the mental compacity to commit to anything at the time. No Miranda rights where read to me also. Where I spent 2 days wrongful imprisonment in the Mauston jail. Which was extremely cold and horrible. It felt like my left arm had a heartbeat or like an exotic heart beat wish I didn't have a ptsd attack. Keep in mind about the human trafficking by the state, by making people clean with nasty chemicals,(holocaust) frying their brain. But thinking in that jailhouse about some other allegations. I don't know if what's in the food, or chemicals that we use that also triggers this stuff. My legs where all black and blue ish. Since when you go to hospital, they expose the word, drugs on chapstick or etc. Also keep in mind the insanity law. Mental capacity law. Not liable accordance to AI or Google. Which if wrong I would like to pursue a lawsuit against the defendants or the technology and everything. Like the internet. I know they have 10000000000000000 different laws which in my opinion is irrelevant. One law cancels each other. Which doesn't make sense. Or maybe is a way to abuse the poor and retarded. Also keep in the mind about the poisoned water that they have in city of Mauston. As when you flush the toilet. You can see the white residue all over the stainless. Which cause people to be stupid and take advantage of. They've also gave me a warning of stalking. Accordance to Google an officer and agency can be sued. I was sending him stuff about the incidents in 2006, 2013. Sending court papers. Their was no court order prior to my unlawful arrest. The us department of justice stated they also don't handle these types of stuff, but accordance to their website they prosecute police officers for sexual abuse, wrongful arrest, eetc. It's not illegal to inform people of the crimes he's committed. I could see it being a problem if slander. The eeoc failed to investigate my claims. The Madison federal court failed also since I'm not a lawyer and had severe brain injury. The stuff never heals. I'm taking vitamins reading their opinions and it just doesn't sound right. Dismissed since I've missed the deadlines that I wasn't aware of. As im still severely impaired due to massive head injury. It never heals accordance to Google, keep in mind it was a lot of complaints also. No way I could research and keep up with all of them. Why I added it all to one final complaint. The Wisconsin law states if you're severely impaired like mentally retarded or insanity, you're not liable for crimes committed also. Something about a mental capacity or impaired due to massive head trauma as I believe I was a vegetable or like deadish. Unconscious. Which doesn't sound lawful when googling. I fell for some other fraud stuff. Believe it was the fbi scamming me of my money via internet. Where on 12/7 captain Gary Pedersen from the Juneau county sheriffs was threatening me via email about additional charges. Where judge Stacy Smith was violating my freedom of speech during the bonding process, violated his code of conduct, deprivation of the civil rights of the color of law. Where I was trying to say they psychologically abused me causing me harm. We wouldn't be here if this stuff didn't occur Where he was interrupting me stating it's best to remain silent. Then the criminal conduct or corruption, or the perverting the course of justice from Joshua m Andreasen. I remember some Mauston cop harassing me also. Gave my dad his card for me to contact him. The supervisor misconduct in mind, from Michal zilisch is also stating slander and defamation to people, Andrew zobal and Kenneth hamm for the illegal conduct, unlawful. I would also like to sue the Supreme Court of Wisconsin (OLR), brandon for the negalant investigation of joshua m andreasan and kenneth hamm or there abuse. I remember they where trying to pit me in probation, where I told them that I reported them. Where a corrupted/perverted judge name Paul s curran for the judicial misconduct or abuse of flakey power, the incompetence. Potentially white collared crimes, accusing me of harrassing induvials due to abuse of power, etc. We wouldn't be here for the criminal corruption of government parties. Then I remember being on medication like hydrocodone. Since a wisdom tooth dry socket. ah I they put a unlawful arrest out for me, retaliation, Where the unknown officer grabbed my left butt cheeck, felt different from the other side. I remember telling him, he sexually harassed me. Violations of 1st ammendment and no threats or potentially judicial misconduct or state assistant district attorney misconduct due to the nature of not putting it on the bond that I was currently on. They claimed no contact

9

with brent granger. Nothing about posts on social media with his name. Which isn't contacting him. It's like an expression. I didn't tell anyone to contact him. Not violating my bond. Where I'm facing felony charges on 1st ammendment , 1983 federal law. Keep in mind due to the fact if just the outrageous bonds and the illegal10% fees also accordance to google . 8th ammendment of constitutional violation Outrageous bonds. They've also taken my second ammendment right for free speech also violated the bond also. Due to there incompetence, a lot of people get away with crimes on medication. Stated no guns. I could have had my brother pick them up. I've contacted everyone wasted 1000s of dollars with higher federal judges and even the US attorney general. Usc 14141, William m Conley is also stating judicial perjury , claims courts cant be sued and judges. But accordance to google they can for corrupt or malicious acts or violation of the constitution. Then the negalant of us attorney Timothy M. O'shea. The judicial misconduct or abuse from William m Conley due to saying statues of limitations, but accordance to google, torture and major violations don't have statue. Brain damage would pause, toll or some sort of discovery law. Where kyle walker or some New Lisbon police officer was speeding on the backrooms with no emergency lights in a dodge charger or challenger. I remember like reporting 1000s of times due to massive emotional damage to the fbi about some little boy or something. But it was the police, for 10 years. Also the police perjury from the city of Madison Wisconsin. They claim they can't investigate this matter. Buy accordance to google their ia division can. Also I tried bailing out like at 6pm after bonding where the Mauston jail staff were negelent. It was far different the day after. I believe they purposely scanned the card wrong. She and the other officer stated they work at banks prior, where I had to spend another night in jail. The bank stated they're were no rejections when called. Some scholbutger police officer and another lady. Also about federal court in Washington, brain damage would toll, incompetence or judicial misconduct. Then I also missed serving the defendants from the federal court of Utah. As I was in hospital, injured. Judicial misconduct. Then accordance to google the illegal 10% fee that the jail charges. I'm not gonna say deprivation of the civil rights of the color of law and 1st ammendment and 14th ammendment and 2nd ammendment countless times. Making Facebook posts with their names about proceedings in us supreme court is not stalking. I would like to sue judge Stacy Smith and joshua m andreasen and Adam Morris and Matthew bourgeois or the Juneau county sheriff and courthouse since they use fake names. So I don't know real names for mishandling evidence, criminal corruption since I was on medication, abuse of power, deprivation of the civil rights of the color of law, 1983 federal law for violations of 1st ammendment and 2nd ammendment and 8th ammendment and 4th and the 14th ammendment of the constitution. I also remember like emailing old spice about some deodorant that I used. Caused chemical burns on my armpit. Where they offered more deodorant. Where I turned it down. Then just recently with hanes t-shirt. Left 2 chemical strains on my arms. Unless if that was from hydrocodone, One shirt was missing. One ripped after washing. Where I got a free six pack shirt. I've also contacted some Tony hiess guy at the necedah police department. Guess they failure to investigate Niles shilts at mix tek. Synergy labor solutions also stated they would not rehire me for reporting the sexual harassment.